IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GREGORY ALLEN GANT,
        Petitioner,
   v.                                  **Judgment in a Civil Case**
STATE OF NORTH CAROLINA,
        Respondent.              Case Number: 5:12-HC-2178-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review r 28 U.S.C. § 2243).§ 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on August 22, 2012, with service on:
Gregory Allen Gant 0140528, Bertie Correctional Institution, P.O. Box 129, Windsor, NC 27983 (via U.S. Mail)

August 22, 2012                                    /s/ Julie A. Richards
                                                         Clerk